IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD WALLEIGH, **Plaintiff,** | CIVIL ACTION |
| vs. | |
| MICHAEL J. ASTRUE, **Defendant.** | NO. 09-cv-4035 |

## ORDER

AND NOW, this 24th day of MARCH, 2011, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED; and

3. this matter is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.